# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOSTLE MAMAKAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>　　　　　　　　　　Defendant. | Case No.:  20-CV-0815 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

　　　Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

　　　**IT IS SO ORDERED**.

Dated:  October 20, 2020

_____
Hon. Thomas J. Whelan
United States District Judge